UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES MELENDREZ,

            Plaintiff,

-vs-                                        Case No: 08-CV-3820

SEALIFT, INC.,

            Defendant.
_____/

ROBERTA E. ASHKIN (#115461515)
Local Counsel
580 Broadway, Ste. 1101
New York, NY 10012
212-965-0010
212-965-1301 - fax
robertaashkin@aol.com
_____/

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the

Southern and Eastern Districts of New York, I, Roberta E. Ashkin, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

            Christopher D. Kuebler
            O'Bryan Baun Cohen Kuebler
            401 S. Old Woodward, Ste. 450
            Birmingham, MI 48009
            (248) 258-6262
            (248) 258-6047 - fax

Christopher D. Kuebler is a member in good standing of the Bar of the State of Michigan.

There are no pending disciplinary proceedings against Christopher D. Kuebler.

1

_____

ROBERTA E. ASHKIN (#115461515)
Local Counsel
580 Broadway, Ste. 1101
New York, NY 10012
212-965-0010
212-965-1301 - fax
robertaashkin@aol.com

Dated:

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 5th day of May, 2008 a copy of the foregoing was forwarded via first class mail with postage fully prepaid thereon to:

Sealift, Inc.
68 W. Main St.
Oyster Bay, NY 11771

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES MELENDREZ,

      Plaintiff,

-vs-                                  Case No: 08-CV-3820

SEALIFT, INC.,

      Defendant.

_____/

STATE OF NEW YORK    )
                         )SS
COUNTY OF             )

**AFFIDAVIT OF ROBERTA E. ASHKIN**
**IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

    Roberta E. Ashkin, being duly sworn, deposes and says as follows:

    1.      I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Christopher D. Kuebler as counsel pro hac vice to represent Plaintiff in this matter.

    2.      I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1979.  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

    3.      I have known Christopher D. Kuebler since 2007.

    4.      Christopher D. Kuebler is associated with the firm of O'Bryan Baun Cohen

1

Kuebler Karamanian in Birmingham, Michigan.

    5.     I have found Christopher D. Kuebler to be a skilled attorney and a person

of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil

Procedure.

    6.     Accordingly, I am pleased to move the admission of Christopher D. Kuebler, pro

hac vice.

    7.     I respectfully submit a proposed order granting the admission of Christopher D.

Kuebler, pro hac vice, which is attached hereto as Exhibit A.

    WHEREFORE it is respectfully requested that the motion to admit Christopher D.

Kuebler, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

_____

Roberta E. Ashkin
SDNY Bar Code: 115461515

Subscribed and sworn to before me
this ___ day of April , 2008.

_____

SCOTT A. RUBMAN
Notary Public, State of New York
No. 4818174
Qualified in New York County
Commission Expires May 31, 20__

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Corbin R. Davis, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

## *Christopher D. Kuebler*

was admitted to the practice of law in the courts of the State of Michigan on

## *January 26, 1990*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: April 30, 2008

_____
Deputy        Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES MELENDREZ,

       Plaintiff,

-vs-                                          Case No: 08-CV-3820

SEALIFT, INC.,

       Defendant.

_____/

## ORDER FOR ADMISSION PRO HAC VICE
## ON WRITTEN MOTION

      Upon the motion of Robert E. Ashkin, attorney for Plaintiff and said sponsor attorney's

affidavit in support;

      IT IS HEREBY ORDERED that

                      Christopher D. Kuebler
                      O'Bryan Baun Cohen Kuebler Karamanian
                      401 S. Old Woodward, Ste. 450
                      Birmingham, MI 48009
                      (248) 258-6262
                      (248) 258-6057 fax
                      ckuebler@obryanlaw.net

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the

United States District Court for the Southern District of New York.  All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall

1

forward the pro hac vice fee to the Clerk of the Court.


Dated:


                                         _____

                                         United States District Judge