UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CHARLES MELENDREZ,                     **Index No.: 08-3820**

               Plaintiff,

                                   **RULE 7.1 STATEMENT**

-against-

SEALIFT, INC.,

               Defendant.
-------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Sealift, Inc. certify that the following are parent corporations or publicly held corporations or affiliates of Defendant: None

Dated: New York, New York
          June 11, 2008

                                          HILL, BETTS & NASH LLP

                            By: _____
                                  Gregory O'Neill (GON-1944)
                                  Gordon S. Arnott (GSA-8612)
                                  Attorneys for Defendant
                                  One World Financial Center
                                  200 Liberty Street
                                  New York, New York 10281
                                  (212) 839-7000

{NY074351.1}