

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES MELENDREZ,

    Plaintiff,

-vs-                                        Case No: 08-CV-3820 (PKL)

WILSON SHIPPING CO., LLC,

    Defendant.
_____/

### DEMAND FOR TRIAL BY JURY

NOW COMES Plaintiff by and through counsel undersigned, OBRYAN BAUN COHEN KUEBLER KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of action.

                                                  Respectfully submitted,

                                                  OBRYAN BAUN COHEN
                                                    KUEBLER KARAMANIAN

                                                  _____
                                                  Christopher D. Kuebler (P43220)
                                                  Attorney for Plaintiff
                                                  401 S. Old Woodward, Ste. 450
                                                  Birmingham, MI 48009
                                                  (248) 258-6262
                                                  (248) 258-6047 fax
                                                  ckuebler@obryanlaw.net

Dated: July 14, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed on the 14th day of July, 2008, and will be electronically served through the Court ECF System upon the attorneys of record. A copy of the First Amended Complaint will be served upon Defendant Wilson Shipping Co., LLC., upon receipt of the Summons.

/s/ Christopher D. Kuebler
Christopher D. Kuebler