UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

CHARLES MELENDREZ   ,                    **Index No.: 08-3820**

            Plaintiff,

                                        **RULE 7.1 STATEMENT**

   -against-

Wilson Shipping Co., LLC

            Defendant.
------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Wilson Shipping Co., LLC. certify that the following are parent corporations or publicly held corporations or affiliates of Defendant:

    Wilson Shipping Co., LLC: Sealift Holdings Inc. is a parent

Dated: New York, New York
        August 1, 2008

                                              HILL, BETTS & NASH LLP

                       By: _____
                                           Gregory O'Neill (GON-1944)
                                           Gordon S. Arnott (GSA-8612)
                                           Attorneys for Defendant
                                           One World Financial Center
                                           200 Liberty Street
                                           New York, New York 10281
                                           (212) 839-7000

{NY075879.1 }