AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

       SUZANNE SAPORITO, being duly sworn deposes and says, I am not a party to the action and over 18 years of age. That on the 1st day of August 2008, she served the attached ANSWER TO AMENDED COMPLAINT upon:

       O'Bryan Baun Cohen Kuebler Karamanian
       Attorneys for Plaintiff
       401 S. Old Woodward, Ste. 450
       Birmingham, MI 480009
       Fax No.: 248-258-6047

       Robert E. Ashkin
       Local Counsel for Plaintiff
       580 Broadway, Suite 906
       New York, NY 10012
       Fax: 212 -965-1301

by delivering a true copy thereof by electronic means to the telephone number listed above, which number was designated by the attorney for such purpose. I received a signal from the equipment of the attorney served indicating that the transmission was received. I also deposited a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to the attorney set forth after the name:

                           _____
                           SUZANNE SAPORITO

Sworn to before me this
1st day of August 2008

_____
Notary Public

JANET M. WALTERS
NOTARY PUBLIC, State of New York
No. 01WA6080684
Qualified in Kings County
Commission Expires 7-2-11